IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 AUG -8  P 4: 23
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:06CR187-DRB |
| | ) | [18 U.S.C. 641] |
| | ) | |
| | ) | |
| CARRIE D. THORTON | ) | INFORMATION |

The United States Attorney charges that:

On or about the 21st of May, 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, CARRIE D. THORTON, did knowingly steal, purloin, conceal and retain, with intent to convert to her use or use of another, a thing of value of the United States Government, valued at $1,000.00 or less, to wit: Eternity Moments, White Diamonds, Coolwater, Eternity, Carlos Santana fragrances in violation of Title 18, Section 641, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

_____
NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9708

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | AFFIDAVIT |
| | ) | |
| DALE COUNTY | ) | |

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama. Investigation revealed that at approximately 5:00 P.M., May 21st, 2006, Linda Z. Scott, a PX employee, observed a woman concealing several bottles of perfume in her purse. The woman then exited the PX without paying for the items. Upon contact, the woman, identified as CARRIE D. THORTON, was transported to the military police station for further processing. There she waived her rights and made an oral statement admitting to taking the bottles of perfume without purchasing them. The items were later returned to the PX.

_____
JAMES HENRY EVANS, III, SGT, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this 20 day of July 2006.

_____
NOTARY PUBLIC

My commission expires: 23 DEC 2006